```
                     UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY

------------------------------X
ALBERT GREGORY,

          Plaintiff,                 2:13-cv-6952WJM

v.
                                     ORDER OF DISMISSAL
NATIONSTAR MORTGAGE, LLC.,
et al,

          Defendants.
------------------------------X
```

    The parties having notified the Court that the above action has been settled,

    It is on this 10th day of December, 2014

    ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                                               s/William J. Martini

                                        _____

                                        WILLIAM J. MARTINI, U.S.D.J.